## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. | STEPHANIE PRICE, | ) |
| | | ) |
| | Plaintiff, | ) |
| | | ) |
| | | ) Case No. 23-CIV-59-G |
| v. | | ) |
| | | ) |
| 1. | MHM SUPPORT SERVICES, | ) |
| | d/b/a Mercy Edmond North, | ) |
| | | ) |
| | Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Stephaine Price, by and through her attorneys of record, and Defendant, MHM Support Services, d/b/a Mercy Edmond North, by and through its attorneys of record, stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by Plaintiff. The parties agree that each party shall each bear his, her, or its own attorneys' fees and costs.

DATED: June 17, 2026.

1

Respectfully submitted,

| | |
|---|---|
| s/Amber L. Hurst | s/ Elaine R. Turner |
| Mark Hammons, OBA No. 3784 | (*signed by filing counsel w/ permission*) |
| Amber L. Hurst, OBA No. 21231 | Elaine R. Turner, OBA No. 13082 |
| HAMMONS, HURST & ASSOCIATES | Hillary Wise, OBA No. 35200 |
| 325 Dean A. McGee Avenue | HALL, ESTILL, HARDWICK, |
| Oklahoma City, Oklahoma 73102 | GABLE, GOLDEN & NELSON, P.C. |
| Telephone:  (405) 235-6100 | 100 North Broadway, Suite 2900 |
| Facsimile:  (405) 235-6111 | Oklahoma City, OK 73102-8865 |
| amber@hammonslaw.com | Telephone: (405) 553-2828 |
| *Attorneys for Plaintiff* | Facsimile: (405) 553-2855 |
| | eturner@hallestill.com |
| | hwise@hallestill.com |
| | *Counsel for Defendant* |

2